**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CLARENCE OTIS GIBSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-6243** |
| **FIFTH CIRCUIT COURT OF APPEALS JUDGES, ET AL**. | **SECTION: "I"(5)** |

## O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.    Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** as improperly seeking relief against immune defendants, legally frivolous and for failing to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915(e) and § 1915A.

New Orleans, Louisiana, this 7th day of December, 2023.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**